# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:01-CR-10012-DDD-JPM-1 |
| ) | |
| TIMOTHY D. BROWN ) | JUDGE DRELL |
| ) | |
| ) | MAGISTRATE JUDGE PEREZ-MONTES |
| ) | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Defendant, Timothy D. Brown, in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois, multiple other federal district and circuit courts, and the bar of the States of Illinois and New York. Attached hereto is a certificate of good standing from the United States District Court for the Northern District of Illinois court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Walter M. Sanchez of the firm of Sanchez Burke, LLC, is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Dated: November 11, 2022

*/s/ Benjamin I. Friedman*

Benjamin I. Friedman
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
benjamin.friedman@sidley.com

Respectfully submitted,

*/s/ Walter M. Sanchez*

Walter M. Sanchez
SANCHEZ BURKE, LLC
1200 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 433-4405
Fax: (337) 433-4430
walt@sanchezburke.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November __, 2022, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Walter M. Sanchez*
Walter M. Sanchez
SANCHEZ BURKE, LLC
1200 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 433-4405
Fax: (337) 433-4430
walt@sanchezburke.com